JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Murat Ozdemir, | Case No. 2:22-cv-01799-CDS-DJA |
| Plaintiff, | **Stipulation and Order** |
| v. | **(First Request)** |
| Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of Department of Homeland Security; UR Jaddou, U.S Citizenship and Immigration Services; Clyde Moore Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services; | |
| Defendants. | |

Plaintiff Murat Ozdemir and United States of America, on behalf of Federal Defendants Merrick Garland, Attorney General of the United States of America, Alejandro Mayorkas, Secretary of Department of Homeland Security, UR Jaddou, U.S. Citizenship and Immigration Services, Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiff filed his Complaint on November 2, 2022.

Plaintiff served the United States with a copy of the Summons and Complaint via Certified Mail on February 16, 2023.

The current deadline for the United States to respond to the Plaintiff's Complaint is on April 17, 2023.

Plaintiff and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 30-day extension of time, from April 1, 2023 to May 17, 2023, for Federal Defendants to file a response to the Complaint, ECF No. 2. This is the first request for an extension of time.

The parties request this additional time to allow them to engage in discussions directed at resolving this matter, as additional information has been requested by the agency from the Plaintiff regarding the matters raised in the Plaintiff's complaint. The parties have begun those discussions and hope they can resolve the matter without the need for additional cost or further court intervention.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to May 17, 2023.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 12th day of April 2023.

LAW OFFICES OF PETER L. ASHMAN

JASON M. FRIERSON
United States Attorney

_/s/ Peter L. Ashman_
PETER L. ASHMAN, ESQ.
Nevada Bar No. 2285
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
_Attorney for Plaintiff_

_/s/ Virginia T. Tomova_
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2023

2